IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| RYANN RIGSBY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PLAZA CLUB CITY APARTMENTS LLC, )<br>)<br>Defendant. ) | Case No. 23-0061-CV-W-BCW |

___ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

PCCA's motion for summary judgment (Doc. #39) is GRANTED.

October 4, 2023                   Paige Wymore-Wynn
Date                              Clerk of Court

                                  /s/ Tracy L. Diefenbach
                                  (by) Deputy Clerk